UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**ADDAM TURNER**
a/k/a Profane812
a/k/a @ProfaneRedacted

FILED
JAMES J. VILT, JR. - CLERK
FEB 23 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

INDICTMENT

NO. 3:21CR21-CHB

18 U.S.C. § 875(c)

## BACKGROUND

1. On Friday, December 25, 2020, Saint Matthews Police Department (SMPD) conducted traffic stops on North Hubbards Lane, Saint Matthews, Kentucky. SMPD stopped vehicles in a protest caravan.

2. During the traffic stop, the defendant, **ADDAM TURNER** approached SMPD officers with an AR-pistol and a holstered handgun on his person.

3. **TURNER** switched the safety of the AR-pistol into the fire position and placed his right index finger inside the trigger guard and onto the trigger.

4. SMPD officers issued verbal commands to **TURNER** to remove his hand from this position, putting officers on scene in fear of imminent physical danger and injury. During his arrest, **TURNER** used physical force against arresting officers acting under official authority.

5. **TURNER** was arrested by SMPD for menacing (misdemeanor) and resisting arrest (misdemeanor). SMPD officer A.C. assisted with **TURNER'S** arrest.

6. On December 28, 2020, **TURNER**, used a Twitter profile with a display name of "Profane812" and a user name of @ProfaneRedacted, to post a photograph of A.C. on Twitter

with a red bullseye on the forehead of A.C. and skulls and a burning anarchy symbol in the background of the photograph.

The Grand Jury charges:

COUNT 1<br>(<em>Interstate Threat</em>)

7. On or about December 28, 2020, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **ADDAM TURNER**, a/k/a Profane 812, a/k/a @ProfaneRedacted, knowingly and willfully did transmit a communication in interstate and foreign commerce, on Twitter and the internet, and the communication contained a threat to injure SMPD officer A.C., specifically **ADDAM TURNER** using display name of "Profane812" and a user name of @ProfaneRedacted posted a photograph of A.C. on Twitter with a red bullseye on the forehead of A.C. with skulls and a burning anarchy symbol in the background of the photograph.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

_____
FOREPERSON

_____
MICHAEL A. BENNETT
ACTING UNITED STATES ATTORNEY

MAB:JDJ

UNITED STATES OF AMERICA v. **ADDAM TURNER**
### PENALTIES

Count: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release

### NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:
Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:
Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:
Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:
Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.