UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

Vs.            CRIMINAL ACTION NO. 3:21-CR-00021-CHB-CHL

ADDAM TURNER                                                                                      DEFENDANT

## **ORDER**

This matter having come before the Court on the Motion of the Defendant to revoke the detention order, the United States having responded thereto, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Motion of the Defendant is **DENIED**.