U.S. Exhibit 1: Addam Turner Radicalization Highlights
3:21-CR-00021-CHB-CHL





UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

# Addam Turner Radicalization Highlights



**9/23/20:** **Arrested** by LMPD for 2nd degree criminal trespassing

**11/9/20:** Retweets photo of himself and other UPG members in Subleski's weapons closet

**12/7/20-12/8/20:** Tweets about pushing back, tells Subleski he's ready to die, tweets they should act now.

**12/18/20:** Tweets there will be no next time for him and about dropping safety.

**12/25/20:** **Arrested** by St. Matthews PD for menacing and resisting arrest.

**1/1/21:** Tweets in response to 12/25/20 arrest.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

U.S. Exhibit 1: Addam Turner Radicalization Highlights
3:21-CR-00021-CHB-CHL




# Posts from Turner's Twitter account, ID 467224398

| 11/9/2020 | 12/7/2020 | 12/8/2020 |





UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

U.S. Exhibit 1: Addam Turner Radicalization Highlights
3:21-CR-00021-CHB-CHL




# Posts from Turner's Twitter account, ID 467224398

| 12/18/2020 | 12/18/2020 | 1/1/2021 |





UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE