TO BE FILED CONVENTIONALLY

No. 3:21CR-21-CHB

United States of America
vs.
Addam Turner

Exhibit A - Video