UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

**CRIMINAL ACTION NO. 3:21CR-21-CHB**
**UNITED STATES OF AMERICA,**                                                         **PLAINTIFF,**

**v.**

**ADDAM TURNER,**                                                                  **DEFENDANT.**

### ORDER

Defendant having moved the Court pursuant to 18 U.S.C. § 3145(b) to revoke the order of the Magistrate Judge detaining him prior to trial and the Court being sufficiently advised,

**IT IS ORDERED AND ADJUDGED** that the order of the Magistrate Judge detaining defendant prior to trial be, and the same hereby is, revoked, and defendant is ordered released on the following terms and conditions:

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

8