UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                                          CRIMINAL ACTION NO. 3:21-CR-00021-CHB-CHL

ADDAM TURNER                                                                                         DEFENDANT

## UNITED STATES SENTENCING MEMORANDUM

*Electronically Filed*

The United States submits this sentencing memorandum.

**I.    SUMMARY OF OFFENSE CONDUCT**

The United States agrees with offense conduct in the PSR.

**II.   SENTENCING GUIDELINES AND CRIMINAL HISTORY**

The United States agrees with the guideline calculation in the PSR. In addition, Turner has zero criminal history points making him a criminal history category I.

**III.  PLEA AGREEMENT**

The plea agreement in this case had a guideline calculated with a total offense level of 13. The presentence investigative report calculated a total offense level of 15. The government inadvertently did not anticipate the enhancement applied by probation. Nevertheless, the government respectfully requests the court accept the plea agreement as a reasonable and duly negotiated agreement between the parties. A two-point variance or departure from probation's calculations is not so significant a different for the United States not to seek to honor its agreement with the defendant. For the reasons outlined below the sentence called for in the agreement is reasonable, serves the purposes set forth in 18 U.S.C. 3553(a), and the interests of justice.

### IV.     18 U.S.C. SECTION 3553(a) FACTORS

The context of Turner's criminal behavior occurred in a challenging time for the community and law enforcement. In this case both parties assessed risks and challenges to litigate the matter and those challenges are reflected by the parties' agreement. In this agreement, the defendant would be waiving his right to appeal the sentence and conviction, which are considerable concessions to the government in this case. The parties negotiated a good faith resolution. The resolution saves the expense and resources for the parties and the Court of litigation, trial, and post-conviction litigation.

The resolution presented to the court by the parties in an agreement protects the public and punishes the defendant. In addition, a term of supervised release with conditions will continue to protect the public from any danger that Turner may present. Under the factors in 18 U.S.C. 3553(a), the history and characteristics of Turner support the proposed resolution. Turner has zero criminal history points. In this case, he has been incarcerated since February 2020. Turner will serve at least six months incarceration before commencing service of a six-month period of home incarceration. In addition, Turner would then be required to complete a term of supervised release with conditions. Individuals like Turner, with minor to no criminal history, would be deterred by such repercussions for criminal behavior. In addition, Turner has received punishment for his criminal behavior and will continue to be subject to supervision by the United States Probation for his term of supervised release. Turner will be required to forfeit his firearms and other property as part of his penalty. The United States respectfully requests the Court impose conditions of release to include restrictions on social media and internet usage and whatever other restrictions the Court deems necessary.

Perhaps the most important consideration is that because of Turner's actions he will also become a convicted felon. Therefore, he will no longer be allowed to legally possess firearms which he has shown he cannot responsibly own. The fact that Turner is a felon will provide for

penalty anytime in the future Turner chooses to possess a firearm.

At the time of Tuners' behavior, Louisville was still experiencing challenging times due to violent activity some related to protests. All parties want to put that time behind us. Importantly, the culminating result of Turner's arrest and prosecution was to likely save his life or the life of someone that could have been impacted by as his behavior with firearms as it continued to escalate. The United States respectfully requests the court accept the plea agreement as it believes it is in the interests of justice.

Respectfully submitted,

MICHAEL A. BENNETT
Acting United States Attorney

s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney
717 West Broadway
Louisville, Kentucky  40202
PH:  (502) 582-5911

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Addam Turner.

s/Joshua Judd
Joshua Judd
Assistant U.S. Attorney