UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:21-CR-021-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER FOR DESTRUCTION** |
| ADDAM TURNER, | ) | **AND/OR DISPOSAL OF EVIDENCE** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order for Destruction and/or Disposal of Evidence [R. 44]. Having reviewed the Agreed Order and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Agreed Order for Destruction and/or Disposal of Evidence [**R. 44**] is **GRANTED**.

2. The Saint Matthews Police Department shall turn over the following firearms and ammunition to the FBI:

    a. **Smith & Wesson 9mm, Model SD9VE, Two-tone silver slide/black frame, serial #FYB89324, tow loaded 15 round magazines;**
    b. **Del-Ton Inc., AR15 pistol, .223 caliber, serial #DTISS1349, magazines and ammunition;**
    c. **Black AR15 rifle, serial #NS244691, "American Tactical upper, American Tactical/Omni Hybrid multi cal lower;" and**
    d. **Smith & Wesson 9mm, Model SD9VE, Serial #FWJ2220.**

3. The FBI or any other duly authorized law enforcement agency shall destroy the above-referenced firearms and ammunition.

- 2 -

This the 2nd day of August, 2021.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record