Case 4:24-cr-00007-SEB-VTW   Document 1   Filed 04/03/24   Page 1 of 1 PageID #: 1

FILED
APR 15 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY
JAMES J. VILT, JR. - CLERK

PROB 22
(Rev. 01/24)

FILED
04/03/2024
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# TRANSFER OF JUSRISDICTION

| DOCKET NUMBER (Transferring Court) |
|---|
| 3:21CR00021-001 |

| DOCKET NUMBER (Receiving Court) |
|---|
| 4:24-cr-0007-SEB-VTW |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Addam Turner<br>Charlestown, IN 47111 | Western District Of Kentucky | Louisville |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Claria Horn Boom |
| U.S. District Court Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
|  | 08/09/2021 | 08/08/2024 |

**OFFENSE**

Count 1: Interstate Threats [18 U.S.C. § 875(c)]

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Turner intends to remain in the Southern District of Indiana.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

*United States District Court for the Western District Of Kentucky*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ____Southern District of Indiana____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/3/2024
Date

*signature*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____   _____
Date                                                  United States District Judge

**FILED**
**04/03/2024**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

PROB 22
(Rev. 01/24)

# TRANSFER OF JUSRISDICTION

| DOCKET NUMBER (Transferring Court) |
|---|
| 3:21CR00021-001 |

| DOCKET NUMBER (Receiving Court) |
|---|
| 4:24-cr-0007-SEB-VTW |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Addam Turner<br>Charlestown, IN 47111 | Western District Of Kentucky | Louisville |

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable Claria Horn Boom |
| U.S. District Court Judge |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM<br>08/09/2021 | TO<br>08/08/2024 |
|---|---|---|

**OFFENSE**

Count 1: Interstate Threats [18 U.S.C. § 875(c)]

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Turner intends to remain in the Southern District of Indiana.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

*United States District Court for the Western District Of Kentucky*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/3/2024
Date

*signature*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

*United States District Court for the Southern District of Indiana*

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/2024
Date

*signature*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Roger A. G. Sharpe

### Clerk of the Court

| | |
|---|---|
| 46 East Ohio Street, Room 105<br>Indianapolis, Indiana<br>46204 | 101 Northwest MLK Boulevard<br>Evansville, Indiana<br>47708 |
| 921 Ohio Street<br>Terre Haute, Indiana<br>47807 | 121 West Spring Street<br>New Albany, Indiana<br>47150 |

April 11, 2024

United States District Court
Western District of Kentucky
601 West Broadway, Suite 106
Louisville, KY 402022227

    Re: USA v. ADDAM TURNER
    Western District of Kentucky Cause Number: 3:21CR00021-001
    Southern District of Indiana Cause Number: 4:24-cr-00007-SEB-VTW

Dear Clerk:

    Enclosed please find the original Transfer of Jurisdiction, Form 22, accepting jurisdiction of the above case as to ADDAM TURNER.

    Please forward certified copies of the docket sheet, charging instrument, judgment, transfer of jurisdiction form, defendant's Case Inquiry Report from your financial office, and any other relevant case documents to the New Albany division office address shown above.

Sincerely,

Roger A. G. Sharpe, Clerk

By: s/Cecily Mount
    Cecily Mount, Deputy Clerk

cc: USA

THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
12 APR 2024 PM 7 L



US POSTAGE (IMI) PITNEY BOWES

ZIP 46204 $ 000.64⁰
02 7H
0006155747   APR 12 2024

**United States District Court
Western District of Kentucky
601 West Broadway, Suite 106
Louisville, KY 402022227**

FILED
JAMES J. VILT, JR. - CLERK

APR 15 2024

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

402028224S C075